CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

JAN 23 2007

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOSEPH W. KEYES,<br><br>*Defendant* | CRIMINAL NO. 6:03cr30073-004<br><br>ORDER and OPINION<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on the Government's Motion for Reduction of Sentence Pursuant to Rule 35(b), filed on October 16, 2006 (docket entry no. 634).

Defendant pled guilty on March 1, 2004, to one count of conspiracy to distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing methamphetamine and 50 grams or more of methamphetamine. Defendant was sentenced on May 5, 2005, to, among other things, a term of imprisonment of 84 months. The Government states that Defendant is entitled to substantial assistance consideration because of his assistance in the investigation and prosecution of another individual. Accordingly, the Government recommends that Defendant's sentence be reduced by 24 months.

The Court finds that Defendant qualifies for a sentence reduction under Rule 35(b) and hereby ORDERS that the Court's May 5, 2005, judgment be amended to reflect that Defendant's term of imprisonment be reduced to a total of 60 months. Additionally, the Court RECOMMENDS that the Bureau of Prisons place Defendant at the federal facility in Butner, North Carolina. No other component of the Court's May 5, 2005, sentence shall be affected by this Order.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a copy of this Opinion and Order to all counsel of record and to the Defendant.

ENTERED: *[signature]*
U.S. District Judge

January 23, 2007
Date